## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL COHEN, ) | 3:06-CV-0313-HDM (RAM) |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | September 18, 2006 |
| ) | |
| LISA HAMMONS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion for Production of Court Docket in Instant Case (Doc. #14).

Plaintiff's Motion for Production of Court Docket in Instant Case (Doc. #14) will be **GRANTED** on a one-time only basis.  The Clerk shall send a copy of the docket sheet in this matter to Plaintiff.

   IT IS SO ORDERED.

                                        LANCE S. WILSON, CLERK

                                        By:      /s/
                                              Deputy Clerk