AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

RUSSELL COHEN,

      Plaintiff,     JUDGMENT IN A CIVIL CASE
V.

                    CASE NUMBER: **3:06-CV-00313-HDM-RAM**

LISA HAMMONS, et al.,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice for failure to comply with Fed. R. Civ. P. 4(m) and for failure to prosecute.


  April 15, 2008                                      **LANCE S. WILSON**
                                                                                             Clerk

                                                                               /s/ Katie Lynn Ogden
                                                                                      Deputy Clerk